**Opinion issued July 26, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-10-00972-CV**

————————————

## IN THE INTEREST OF Q.T.M., B.N.M., AND D.N.M.

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-03396J**

---

## MEMORANDUM OPINION

Appellant, Sabrina Mullen, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Massengale.